ORIGINAL

RECEIVED
JAN 24 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

08-50 T

Plaintiff(s) or Petitioner(s)
Timothy L. Jenkins

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Jane C. Bergner

Firm Name: Law Offices of Jane C. Bergner

Post Office Box: Suite 800

Street Address: 1776 K Street, N.W.

City-State-Zip: Washington, D.C. 20006

Telephone & Facsimile Numbers: Tel: (202) 470-5520
~~Fax: (202) 719-4031~~

Is the attorney of record admitted to the Court of Federal Claims Bar? XX Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes XX No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 2 4
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O J
See attached sheet for three-digit codes.

Amount Claimed: $ 264,097.56, plus interest and costs
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes XX No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $____
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ____

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes XX No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.