ORIGINAL

FILED
JAN 24 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**TIMOTHY L. JENKINS,** )
)
**Plaintiff** )
)
**v.** )
)
**UNITED STATES OF AMERICA,** )
)
**Defendant** )
)
)

**No. 08-50 T**

**MOTION TO SEAL COMPLAINT**
**AND**
**TO FILE A REDACTED COPY OF COMPLAINT FOR PUBLIC ACCESS**

Pursuant to Rule 7(b) of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff, Timothy L. Jenkins, hereby moves this Court for an order directing *(i)* that Plaintiff's Complaint (filed simultaneously with this Motion) be filed under seal, to be shared solely with the Judges of this Court and Defendant in its unredacted form, and *(ii)* that a redacted copy of Plaintiff's Complaint (also filed simultaneously with this Motion), identified as the "Redacted Version," be filed with the Clerk as a matter of public record, in lieu of the unredacted original of Plaintiff's Complaint.

As grounds therefor, Plaintiff states as follows:

**1.** Plaintiff's action is a tax refund suit.

**2.** Consistent with the requirements of RCFC 9(h)(6), governing special matters to be pleaded in an action for a refund of Federal tax, Plaintiff's original unredacted Complaint

accompanying this motion includes—in addition to Plaintiff's name—Plaintiff's address and tax identification number, as well as the tax identification number of the taxpayer to which the tax for which Plaintiff seeks a refund relates.

**3.** Causing Plaintiff's address and tax identification number to become a matter of public record poses the danger of subjecting Plaintiff to identity theft, in the event that an individual were to access Plaintiff's tax identification number and address from this Court's records.

**4.** Accordingly, in addition to the unredacted original Complaint filed with this motion, Plaintiff is also filing a redacted version of his Complaint, *i.e.*, the Redacted Version, which redacted version of the Complaint eliminates solely Plaintiff's address, Plaintiff's tax identification number and the tax identification number of the taxpayer to which the tax for which Plaintiff seeks a refund relates.

**WHEREFORE**, for the foregoing reasons, Plaintiff respectfully requests that this Court order that:

*(i)* Plaintiff be permitted to file his original unredacted Complaint under seal, such unredacted Complaint to be shared solely with the Judges of this Court and Defendant;

*(ii)* the Court file, as a matter of public record, with the office of the Clerk of the Court, the Redacted Version of Plaintiff's Complaint, which Redacted Version of the Complaint eliminates solely Plaintiff's tax identification number, Plaintiff's address and the tax identification number of the taxpayer to which the tax for which Plaintiff seeks a refund relates; and

*(iii)* the parties to this action redact, thereby eliminating, from all filings of public record with the Court Plaintiff's address and tax identification number, as well as the tax identification number of the taxpayer to which the tax for which Plaintiff seeks a refund relates.

Respectfully submitted,

Jane C. Bergner

Jane C. Bergner
Counsel for Plaintiff Timothy L. Jenkins

1776 K Street, N.W.
Suite 800
Washington, D.C. 20006
Telephone: (202) 470-5520
Telecopier: (202) 719-4031

Dated: January 23, 2008