# In the United States Court of Federal Claims

No. 08-50T
Filed: February 19, 2008

*************************************
*
TIMOTHY L. JENKINS, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*
*************************************

**ORDER**

Plaintiff's January 24, 2008 Unopposed Motion To Seal Complaint And To File A Redacted Copy Of Complaint For Public Access is hereby granted. Plaintiff shall file the Complaint under seal, and Plaintiff also shall file a redacted Complaint with the clerk as a matter of public record.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**