# In the United States Court of Federal Claims

No. 08-50T

Filed: February 29, 2008

*************************************
TIMOTHY L. JENKINS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*************************************

## ORDER

Pursuant to Rule of the Court of Federal Claims 40.1(b), the Clerk of the United States Court of Federal Claims will transfer *Timothy L. Jenkins* v. *United States*, No. 08-50T to the Honorable Francis M. Allegra. Judge Allegra concurs with the decision to transfer this case.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**