# In The United States Court of Federal Claims

No. 08-50T

(Filed: March 20, 2008)

TIMOTHY L. JENKINS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On January 24, 2008, plaintiff filed its complaint. On March 20, 2008, defendant filed a motion for an enlargement of time until May 23, 2008, to respond to plaintiff's complaint. Plaintiff does not object to the motion. Accordingly, defendant's motion is hereby **GRANTED.** On or before May 23, 2008, defendant shall file its answer. **No further enlargements of this deadline will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge