**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 08-50 T
(Judge Francis M. Allegra)

---

TIMOTHY L. JENKINS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**MOTION FOR LEAVE TO FILE REVISED JOINT PRELIMINARY STATUS REPORT**

---

Defendant files this motion for leave to file a revised Joint Preliminary Status Report. As good cause for this motion, Defendant submits as follows:

1. On July 14, 2008, Defendant electronically filed a Joint Preliminary Status Report on behalf of all parties.
2. After the Joint Preliminary Status Report was filed, Plaintiff's counsel informed Defendant's counsel that the document contained a typographical error on page 2 of the report, making reference to "section 8", which should read, "section (h)".
3. Defendant is filing a revised Joint Preliminary Status Report with this motion to correct this error.
4. Plaintiff does not object to this motion.

WHEREFORE, Defendant respectfully requests that this motion be granted, and the Court refer to the revised Joint Preliminary Status Report for the purposes of these proceedings.

Respectfully submitted,

July 14, 2008

/s/ Jeffrey R. Malo

JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN FRAHM
*Assistant Chief, Court of Federal Claims Section*

July 14, 2008

/s/ Steven Frahm
Of Counsel

Counsel for Defendant