# In The United States Court of Federal Claims

No. 08-50T

(Filed:  August 11, 2008)

_____

TIMOTHY L. JENKINS,

          Plaintiff,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

     A preliminary status conference that was originally scheduled for August 13, 2008, has been rescheduled for Wednesday, September 3, 2008, at 2:00 p.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the conference.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra  
                                              Francis M. Allegra  
                                              Judge