# In The United States Court of Federal Claims

No. 08-50T

(Filed: August 11, 2008)

TIMOTHY L. JENKINS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A preliminary status conference that was originally scheduled for August 13, 2008, has been rescheduled for Wednesday, September 3, 2008, at 2:00 p.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the conference.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge