# In The United States Court of Federal Claims

No. 08-50T

(Filed: September 2, 2008)

TIMOTHY L. JENKINS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A preliminary status conference that was originally scheduled for September 3, 2008, has been rescheduled for Friday, September 5, 2008, at 2:30 p.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the conference.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge