# In The United States Court of Federal Claims

No. 08-50T

(Filed: September 9, 2008)

TIMOTHY L. JENKINS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A joint preliminary status conference was held in this case on Friday, September 5, 2005. Participating were Jane C. Bergner, for plaintiff, and Jeffrey Robert Malo, for defendant. Based on the parties' joint preliminary status report and the discussions held in the conference, the court hereby **ORDERS** that:

1. On or before March 30, 2009, the parties shall complete all discovery in this matter; and

2. On or before April 13, 2009, the parties shall file a joint status report indicating their views regarding the appropriate path for resolution of this matter and proposing a schedule for the filing of dispositive motions, the conduct of trial, or the conclusion of settlement negotiations, whichever is appropriate.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge