# In The United States Court of Federal Claims

No. 08-50T

(Filed:  January 22, 2009)

_____

TIMOTHY L. JENKINS,

             Plaintiff,

  v.

THE UNITED STATES,

             Defendant.

_____

**ORDER**

_____

    A telephonic conference to discuss a discovery dispute will be held in this case on Thursday, January 29, 2009, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                     s/ Francis M. Allegra  
                                     Francis M. Allegra  
                                     Judge