# In The United States Court of Federal Claims

No. 08-50T

(Filed:  January 26, 2009)

_____

TIMOTHY L. JENKINS,

         Plaintiff,

  v.

THE UNITED STATES,

         Defendant.

_____

**ORDER**

_____

    A telephonic conference that was originally scheduled for January 29, 2009, has been rescheduled for Friday, January 30, 2009, at 10:00 a.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**


                                                 s/ Francis M. Allegra  
                                                 Francis M. Allegra  
                                                 Judge