# In The United States Court of Federal Claims

No. 08-50T

(Filed: March 16, 2009)

_____

TIMOTHY L. JENKINS,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 29, 2009, a status conference was held at which plaintiff expressed a desire to obtain and review the federal tax transcript of a third-party, Mr. Gary Puckrein. In lieu of this document, defendant had provided plaintiff with a IRC § 6103(e)(9) disclosure that was based on information contained in the transcript. Pursuant to a February 18, 2009 order of the court, on March 6, 2009, defendant provided to chambers, for *en camera* review, the transcript, as well as a declaration by an Internal Revenue Service official, explaining its contents. The court has reviewed these documents and has determined that nothing therein is relevant to this case. In the court's view, this fully resolves plaintiff's concerns regarding the contents of the transcript.

    **IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge