# In The United States Court of Federal Claims

No. 08-50T

(Filed: April 15, 2009)

_____

TIMOTHY L. JENKINS,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On March 23, 2009, defendant filed a motion for a 90-day enlargement of the discovery period. On April 9, 2009, plaintiff opposed defendant's motion. Defendant's motion is hereby **GRANTED**. Accordingly:

1.    On or before June 29, 2009**,** discovery shall be completed; and

2.    On or before July 13, 2009, the parties shall file a joint status report indicating how this case should proceed**.**

**No further enlargements of these deadlines will be granted.**

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge