# In The United States Court of Federal Claims

No. 08-50T

(Filed:  February 22, 2010)

_____

TIMOTHY L. JENKINS,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic conference to discuss pretrial scheduling will be held in this case on Wednesday,  March 10, 2010, at 2:30 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

     s/ Francis M. Allegra
    Francis M. Allegra
    Judge