# In The United States Court of Federal Claims

No. 08-50T

(Filed: June 28, 2010)
_____

TIMOTHY L. JENKINS,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On June 22, 2010, defendant filed a motion for enlargement of time to file its pretrial materials pursuant to RCFC Appendix A ¶ 14(a).  Defendant seeks to extend the response date in light of plaintiff's failure to file its Memorandum in compliance with the court's March 11, 2010, scheduling order.  Plaintiff's Memorandum was filed on June 24, 2010.  Defendant's motion is hereby **GRANTED**.  Accordingly, defendant shall file its pretrial materials on or before July 27, 2010.  The pretrial conference and trial previously scheduled are hereby postponed until such dates as are established by further order.

      **IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge