# In The United States Court of Federal Claims

No. 08-50T

(Filed: June 29, 2010)
_____

TIMOTHY L. JENKINS,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On June 23, 2010, this court issued an order postponing the pre-trial conference scheduled in this matter. In accordance with the court's enlargement of the pretrial filing deadlines, as set forth in the court's June 28, 2010 orders, the pre-trial schedule shall be further modified as follows:

1. A pre-trial conference will be held on August 25, 2010, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington D.C. 20005. The courtroom location will be posted in the lobby on the day of the conference;

2. Trial in this case will commence at 10:00 a.m. (EDT) on Monday, September 27, 2010, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington D.C. 20005. The courtroom location will be posted in the lobby on the day of the trial. Each subsequent day of trial will begin at 9:30 a.m. (EDT); and

3. At the request of defendant's counsel, in the event that the trial extends past Thursday, September 30, 2010, the next occurring day of trial shall be held on Monday, October 4, 2010.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge