# In The United States Court of Federal Claims

No. 08-50T

(Filed: July 27, 2010)
_____

TIMOTHY L. JENKINS,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

A pre-trial conference that was originally scheduled for August 25, 2010, has been rescheduled for August 31, 2010, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington D.C. 20005.  The courtroom location will be posted in the lobby on the day of the conference.

**IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge