# In The United States Court of Federal Claims

No. 08-50T

(Filed:  September 22, 2010)

_____

TIMOTHY L. JENKINS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On September 20, 2010, plaintiff filed a motion for an order permitting him to include additional documents in his exhibit list.  On September 22, 2010, defendant filed an opposition to plaintiff's motion.  Granting plaintiff's motion would nearly double (from 107 to 202) the number of exhibits on plaintiff's exhibit list and create instances of duplication of exhibit documents.  Plaintiff should not have assumed that he would obtain a joint stipulation as any of the factual issues in this case, therefore plaintiff should have listed all his exhibits in his supplemental exhibit list, filed on June 24, 2010.  Accordingly, plaintiff's motion is **DENIED**.  The court will consider allowing plaintiff to add a few documents to his exhibit list upon a showing, in an appropriate motion, of compelling need.  Plaintiff shall provide those exhibits to the court and opposing counsel as soon as possible and in advance of the start of trial.

      **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge