# In The United States Court of Federal Claims

No. 08-50T

(Filed: September 24, 2010)

_____

TIMOTHY L. JENKINS,

                    Plaintiff,

            v.

THE UNITED STATES,

                    Defendant.

_____

**ORDER**

_____

      On September 23, 2010, plaintiff filed a motion seeking leave to include two sets of additional documents in his exhibit list: (i) eight documents used as exhibits in depositions in this case; and (ii) two documents that were not exhibits to the depositions and were recently found. On September 24, 2010, defendant filed its opposition to plaintiff's motion.

      After reviewing these filings, the court **GRANTS** plaintiff's motion as to the eight deposition exhibit documents, but **DENIES** that motion to the extent it seeks to add to the exhibit list the two additional documents. Plaintiff shall ensure that its exhibit list and exhibit books properly reflect the inclusion of the aforementioned eight documents.

      **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge