# In The United States Court of Federal Claims

No. 08-50T

(Filed: October 18, 2010)

_____

TIMOTHY L. JENKINS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On September 27-30, 2010, the court held trial in this case in Washington, D.C. At the close of trial, the record remained open pending the receipt of the transcript of trial proceedings and any outstanding exhibits. On October 15, 2010, the court received a copy of the trial transcript. In order to close proof, on or before October 25, 2010, the parties shall file a joint exhibit containing all the relevant pages of depositions used during trial.

      **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge