# In The United States Court of Federal Claims

No. 08-50T

(Filed:  October 25, 2010)

_____

TIMOTHY L. JENKINS,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On September 27-30, 2010, the court held trial in this case in the National Courts Building in Washington, D.C.  At the close of trial, the record remained open pending the receipt of the transcript of trial proceedings and any outstanding exhibits.  On October 15, 2010, the court received a copy of the trial transcript, and on October 25, 2010, the parties filed a joint exhibit containing all the relevant pages of depositions used during trial.  Proof in this case is now closed.

    **IT IS SO ORDERED.**

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge