# In The United States Court of Federal Claims

No. 08-50T

(Filed: October 25, 2010)

_____

TIMOTHY L. JENKINS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

As agreed upon by the parties at the close of trial, post-trial briefing in this case is hereby ordered as follows:

1. On or before December 14, 2010, the parties shall simultaneously file post-trial briefs;

2. On or before January 14, 2011, the parties shall simultaneously file replies to the initial post-trial briefs; and

3. After replies have been filed, the court will contact the parties telephonically to arrange a date for closing argument.

**IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge