# In The United States Court of Federal Claims

No. 08-50T

(Filed: December 10, 2010)

_____

TIMOTHY L. JENKINS,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      Today, defendant filed a motion for enlargement of time to file simultaneous post-trial briefs. The motion is hereby **GRANTED**. Accordingly:

1. On or before December 21, 2010, the parties shall simultaneously file post-trial briefs;

2. On or before January 28, 2011, the parties shall simultaneously file replies to the initial post-trial briefs; and

3. After replies have been filed, the court will contact the parties telephonically to arrange a date for closing argument.

**IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                         Francis M. Allegra
                                                          Judge