# In The United States Court of Federal Claims

No. 08-50T

(Filed:  January 31, 2011)

_____

TIMOTHY L. JENKINS,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

Closing argument will be held in this case on Wednesday, March 16, 2011, at 10:00 a.m. (EST), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the closing argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge