# In The United States Court of Federal Claims

No. 08-50T

(Filed: March 1, 2011)

_____

TIMOTHY L. JENKINS,

                        Plaintiff,

              v.

THE UNITED STATES,

                        Defendant.

_____

**ORDER**

_____

      The closing argument that was originally scheduled for March 16, 2011, has been rescheduled for Thursday, March 17, 2011, at 10:00 a.m. (EST), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the closing argument.

      **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                   Francis M. Allegra
                                                     Judge